AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

**SEALED**

In the Matter of the Search of
9652 N 31st Ave, Apt. A004, Phoenix, Arizona 85051

Case No. 26- 5159MB

**(Filed Under Seal)**

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A-2**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B-2**

**YOU ARE COMMANDED** to execute this warrant on or before _5/12/26_ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _Apr. 28, 2026 @ 12:35 p.m._    _Deborah M. Fine_
                                                          *Judge's signature*

City and state: <u>Phoenix, Arizona</u>    <u>Honorable Deborah M. Fine, U.S. Magistrate Judge</u>
                                            *Printed name and title*

## ATTACHMENT A-2

*Property to be searched*

The entire property located at 9652 N. 31st Ave., Apartment A004, Phoenix, AZ 85051 (**Subject Premises 2**) is described as an apartment situated on the first floor of the Village apartment complex. The apartment is accessed through a blue door displaying a black placard with "A004" marked in white lettering. The building is a two-story, beige-colored structure.



2

## ATTACHMENT B-2

*Property to be seized*

1.     Books, records, receipts, notes, ledgers, invoices, and any other documentation related to alien smuggling transactions and activities including, but not limited to, documentary records and ledgers, customer lists, financial statements, real estate documents, and other evidence of financial transactions relating to obtaining, transferring, secreting or spending various sums of money made from engaging in alien smuggling activities;

2.     Maps reflecting smuggling routes, foreign fuel receipts, receipts reflecting travel to and from foreign countries, receipts pertaining to the purchase and registration of vehicles, receipts for modifications and repairs done to vehicle, and receipts for the purchase of portable radios, cellular phones, pagers, and firearms;

3.     Records relating to the receipt, transportation, deposit, transfer, or distribution of money, including but not limited to, direct deposit confirmations, wire transfers, money orders, cashier's checks, check stubs, PayPal or other electronic money transfer services including, but not limited to, MoneyGram, Moneypak, Green Dot, and Vanilla Reload, check or money order purchase receipts, account statements – both foreign and domestic, and any other records reflecting the receipt, deposit, or transfer of money;

4.     United States currency, foreign currency, financial instruments, negotiable instruments, jewelry, precious metals that are identified as proceeds of criminal activity.

5.     Vehicle rental agreements and receipts, storage facility rental agreements, records of mail services, airline ticket receipts, bus ticket receipts, credit card receipt, hotel receipts, travel agency vouchers, long distance telephone call records, and any other items reflecting domestic and foreign travel;

4

6.  Safe deposit box keys, storage locker keys, safes, and related secure storage devices, and documents relating to the rental or ownership of such units;

7.  Indicia of occupancy, residency, rental, ownership, or use of the **Subject Premises** and any vehicles found thereon during the execution of the warrant, including, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, identification documents, keys, records of real estate transactions, vehicle titles and registration, and vehicle maintenance records;

8.  Photographs, including still photos, negatives, slides, videotapes, and films, in particular those showing co-conspirators, criminal associates, U.S. currency, smuggled aliens, real and personal property, firearms, or controlled substances;

9.  Firearms, ammunition, magazines, cases, boxes, holsters, slings, gun pieces, gun cleaning items or kits, ammunition belts, original box packaging, targets, expended pieces of lead, and records, receipts, or other paperwork showing the purchase, storage, disposition, or dominion and control over firearms and ammunition.

10. Electronic equipment, including cellular telephones, computers, disks, thumb drives, and any media storage device, GPS devices and their memory, and related manuals used to generate, transfer, count, record or store the information described in this attachment.

11. Any records and information found within the digital contents of any electronic storage media seized from the Subject Premises from November 20, 2024 to the present including:

    a.  all bank records, checks, credit card bills, account information, or other financial records;

    b.  any information recording schedule or travel;

    c.  any communications related to crimes under investigation;

5

d. evidence of who used, owned, or controlled the electronic storage media at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, correspondence, and phonebooks;

e. evidence indicating how and when the electronic storage media were accessed or used to determine the chronological context of electronic storage media access, use, and events relating to crime under investigation and to the electronic storage media user;

f. evidence indicating the electronic storage media user's state of mind as it relates to the crime under investigation;

g. evidence of the attachment to an electronic storage medium of another storage device or similar container for electronic evidence;

h. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the electronic storage media;

i. evidence of the times the electronic storage media were used;

j. passwords, encryption keys, and other access devices that may be necessary to access the electronic storage media.

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: 26-5159MB (9652 N. 31st Ave Apt.A004. Phoenix, Arizona, 85051) | Date and Time Warrant Executed: April 30, 2026/ 6:00 AM | Copy of warrant and inventory left with: Kitchen Counter |
|---|---|---|

Inventory Made in the Presence of:

Border Patrol Agents Intelligence, Sabastian Fernandez

Inventory of the property taken and name of any person(s) seized:

3X Ledgers
1 Cell phone
5 Illegal Aliens

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/01/2026

Executing officer's signature

BPA-I Sabastian Fernandez